UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
Leland Darnall and Nancy Darnall,

Debtor(s)

BK No.: 19-24805

Chapter: 13

Honorable Timothy Barnes

## ORDER ALLOWING DEBTORS TO OBTAIN CREDIT / INCUR DEBT AND SHORTEN NOTICE

THIS CAUSE COMING TO BE HEARD on the Motion of the Debtors to Obtain Credit / Incur Debt, IT IS ORDERED:

1. The Debtors are permitted to purchase the real estate commonly known as 1401 15th St., Port Huron, MI 48060 for a maximum value of $160,000.00, with an interest rate of 6.125% and a monthly payment of $1,072.00 for 30 years.

Enter:

Timothy A. Barnes  
United States Bankruptcy Judge

Dated: September 15, 2022

**Prepared by:**

The Semrad Law Firm, LLC  
20 S. Clark St. 28th Floor,  
Chicago, IL 60603